# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES E. SMITH,<br>    Petitioner<br><br>v.<br><br>COMMONWEALTH OF<br>PENNSLYVANIA, et al.,<br>    Respondents | No. 1:17-cv-02339<br><br>(Judge Kane) |

## ORDER

**AND NOW**, on this 23rd day of March 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner Charles E. Smith's petition for writ of habeas corpus (Doc. No. 1), is **DISMISSED without prejudice**;

2. Based upon the Court's conclusions herein, a certificate of appealability shall not issue; and

3. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania